```
                                        USDC SDNY
                                        DOCUMENT
                                        ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT            DOC #:_____
SOUTHERN DISTRICT OF NEW YORK           DATE FILED:  8 17 15
----------------------------------X
                                  :
UNITED STATES OF AMERICA          :
                                  :     14 CR 55 815  810 (CM)
     -against-                    :     ORDER
                                  :
Moshe Mirilishvili                :
                                  :
         Defendant                :
                                  :
----------------------------------X
```

Colleen McMahon, United States District Judge:

ORDERED that the defendant's level of supervision be modified from regular Pretrial Services supervision to Pretrial Services supervision as directed.

Dated: New York, New York
       August 17, 2015

                              SO ORDERED


                              _____
                              Colleen McMahon
                              United States District Judge