

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 21, 2015

**BY ECF AND E-MAIL**

The Honorable Colleen McMahon
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re:   **United States v. Mirilashvili et al., 14 Cr. 810 (CM)**

Dear Judge McMahon:

    We write with regard to the briefing schedule currently in place for motions filed in the above-captioned matter. While defense motions were initially due on or before July 31, 2015, with the Government's consent and the Court's permission, several defendants have filed motions beyond that deadline, including as recently as August 20, 2015. So as to permit the Government time to review and respond to all pending motions at once, the Government would respectfully request a modification of the remainder of the briefing schedule, as follows:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Government Brief: | August 28, 2015 | September 9, 2015 |
| Reply Briefs: | September 11, 2015 | September 18, 2015 |

We have conferred with counsel for all defendants who have filed substantive motions, and none has any objection to this request or the new dates outlined above.

*Granted*
*[signature]*
8/24/15

Respectfully submitted,

PREET BHARARA
United States Attorney

By:  /s/
Brooke E. Cucinella/Edward B. Diskant
Assistant U.S. Attorneys
212-637-2477/2294

Cc: Defense counsel

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/24/15