UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
|  | ) | ECF CASE |
| UNITED STATES OF AMERICA | ) |  |
|  | ) | NOTICE OF APPEARANCE AND REQUEST |
| v. | ) | FOR ELECTRONIC NOTIFICATION |
|  | ) | 14 Cr. 810 (CM) |
| MOSHE MIRILISHVILI ET AL., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

TO: Clerk of Court
United States District Court
Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

Dated: November 30, 2015
New York, New York

By: /s/ Shawn G. Crowley
Shawn G. Crowley
Assistant United States Attorney
(212) 637-1034