UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
:
UNITED STATES OF AMERICA,                   :
: 14 Cr. 810 (CM)
– v. –                                      :
: NOTICE OF APPEARANCE
: AS COUNSEL FOR DEFENDANT
MOSHE MIRILISHVILI, et al.,                 : MOSHE MIRILISHVILI
:
Defendants.                :
-----------------------------------------------------------------:
x

     PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for defendant Moshe Mirilishvili in the above-captioned matter.  Counsel respectfully requests to be noticed electronically as lead counsel on all case filings in this matter.  The undersigned certifies that he is admitted to practice in this Court and is in good standing in the New York State bar.

Dated: New York, NY
       January 6, 2016

                                CLAYMAN & ROSENBERG LLP

                                By:  _____/S/_____
                                    Henry E. Mazurek
                                    305 Madison Avenue, Ste. 1301
                                    New York, NY  10165
                                    T. 212-922-1080
                                    F. 212-949-8255
                                        mazurek@clayro.com

*Counsel for Defendant Moshe Mirilashvili*