UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
                                               :

UNITED STATES OF AMERICA,          :

                                      :  14 Cr. 810 (CM)

     – against –              :

                                      :  <u>NOTICE OF APPEARANCE</u>

Moshe Mirilishvili, et al.,       :  <u>AS COUNSEL FOR DEFENDANT</u>

                                      :  <u>MOSHE MIRILISHVILI</u>

              Defendants.     :

----------------------------------------------------------------:

                                          x

           PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for

defendant Moshe Mirilishvili in the above-captioned matter.  Counsel respectfully requests to be

notice electronically on all case filings in this matter.  The undersigned certifies that he is

admitted to practice in this Court.

Dated: New York, NY
       January 6, 2016

                                 CLAYMAN & ROSENBERG LLP

                             By: _____/S/_____
                                Wayne E. Gosnell, Jr. (WG2422)
                                305 Madison Avenue
                                New York, NY  10165
                                T. 212-922-1080
                                F. 212-949-8255
                                   gosnell@clayro.com

                              *Counsel for Defendant Moshe Mirilishvili*