Criminal Notice of Appeal - Form A

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 0 4 2016

# NOTICE OF APPEAL

United States District Court

Southern District of New York

Caption:
United States of America v.

Moshe Mirilashvili

Docket No.: S2 14 Cr. 810-01 (CM)
U.S.D.J. Colleen McMahon
(District Court Judge)

Notice is hereby given that defendant Moshe Mirilashvili appeals to the United States Court of Appeals for the Second Circuit from the judgment ✔, other _____
(specify)
entered in this action on September 29, 2016.
(date)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |✔| Other |___|

Defendant found guilty by plea | | trial |✔| N/A | .

Offense occurred after November 1, 1987? Yes |✔| No [ ] N/A [ ]

Date of sentence: September 28, 2016 N/A |___|

Bail/Jail Disposition: Committed |✔| Not committed | | N/A |

Appellant is represented by counsel? Yes ✔ | No | If yes, provide the following information:

Defendant's Counsel: Henry E. Mazurek

Counsel's Address: Clayman & Rosenberg LLP, 305 Madison Ave., Suite 1301

New York, New York 10165

Counsel's Phone: 212-922-1080, mazurek@clayro.com

Assistant U.S. Attorney: Edward B. Diskant/Brooke E. Cucinella

AUSA's Address: U.S. Attorney's Office, S.D.N.Y

One St. Andrew's Place, New York, NY 10007

AUSA's Phone: 212-637-2294/2477

_____
Signature